UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAMIAN GARCIA, CHRISTOPHER ANGELO, and NATHAN BEAUCHAMP,

    Plaintiffs,

v.      Case No: 8:20-cv-1065-WFJ-AAS

HARMONY HEALTHCARE, LLC and CHRISTIAN HG BROWN,

    Defendants.
_____/

## ORDER

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Court Approval of FLSA Settlement Agreements and to dismiss the case with prejudice (Dkt. 95) is granted. The Court specifically approves the parties' (including the opt-in Plaintiffs') settlement agreements attached to the motion as Exhibits A through F. The case is dismissed with prejudice. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 24, 2022.

                                      s/*William F. Jung*
                                      **WILLIAM F. JUNG**
                                      **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**: Counsel of Record